**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6220**

---

TIMOTHY SCOTT EDISON,

Plaintiff - Appellant,

versus

CAPTAIN HUDSON; LIEUTENANT POPE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-96-55-5-CT-BR)

---

Submitted: July 23, 1996          Decided: July 31, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy Scott Edison, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Edison v. Hudson, No. CA-96-55-5-CT-BR (E.D.N.C. Jan. 30, 1996). To the extent that Appellant contends that Appellees failed to protect him from another inmate, his injuries, if any, were de minimis, and therefore do not provide the basis for a § 1983 claim. Norman v. Taylor, 25 F.3d 1259 (4th Cir. 1994) (in banc), cert. denied, ___ U.S. ___, 63 U.S.L.W. 3538 (U.S. Jan. 17, 1995) (No. 94-6011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED